**POTTER HANDY, LLP**
Mark D. Potter (SBN 166317)
James M. Treglio (SBN 228077)
100 Pine Street, Suite 1250
San Francisco, CA 94102
Tel: (858) 375-7385
Fax: (888) 422-5191
mark@potterhandy.com
jim@potterhandy.com

**KNAPP & ROBERTS, P.C.**
Craig A. Knapp, Esq.
knapp@krattorneys.com
David S. Friedman, Esq.
friedman@krattorneys.com
8777 N. Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258

*Attorneys for Plaintiff Sue Tetef.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX

| | |
|---|---|
| Sue Tetef, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PracticeMax, Inc., a Delaware corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02432-SPL<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>*(The Honorable Steven P. Logan)* |

139696044.1

1  NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

2        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sue Tetef
3  hereby gives notice that this action is voluntarily dismissed. Defendant Practice Max has
4  not served an answer or motion for summary judgment in this action. Accordingly,
5  Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P.
6  41(a)(1)(B)

                        POTTER HANDY LLP

                By:    */s/ James M. Treglio*
                          Mark D. Potter
                          James M. Treglio
                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's office, using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
KATHRYN HONECKER, SB #020849
Kathryn.Honecker@lewisbrisbois.com
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051

**KNAPP & ROBERTS, P.C.**
Craig A. Knapp, Esq.
knapp@krattorneys.com
David S. Friedman, Esq.
friedman@krattorneys.com
8777 N. Gainey Center Drive, Suite 165
Scottsdale, Arizona 85258

POTTER HANDY LLP

By:  /s/ James M. Treglio
James M. Treglio
*Attorneys for Plaintiff*

139696044.1                                       2