# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sue Tetef, | No. CV-23-02432-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| PracticeMax Incorporated, et al., | |
| Defendants. | |

Having reviewed the Notice of Voluntary Dismissal (Docs. 16–17),

**IT IS ORDERED** that this matter is **dismissed with prejudice** and the Clerk of Court shall **terminate** this action accordingly.

Dated this 1st day of May, 2024.

Honorable Steven P. Logan
United States District Judge